STATE OF NEW JERSEY v. CLIFFORD A. WILLIAMS.

May 6, 1985.

Leave to appeal (improper venue) is granted and the matter is remanded to the Appellate Division for its consideration on the merits in light of *State v. Greco,* 29 *N.J.* 94 (1959) and *State v. DiPaolo,* 34 *N.J.* 279 (1967); and it is further

ORDERED that the motion for oral argument is denied. Jurisdiction is not retained.

LARRY S. LOIGMAN v. IRWIN I. KIMMELMAN.

May 6, 1985.

Petition for certification granted.

GRAND LAND COMPANY v. TOWNSHIP OF BETHLEHEM AND ENVIRONMENTAL DEFENSE FUND, INC.

May 6, 1985.

Petition for certification denied. (See 196 *N.J.Super.* 547)

GRAND LAND COMPANY v. TOWNSHIP OF BETHLEHEM AND ENVIRONMENTAL DEFENSE FUND, INC.

May 6, 1985.

Cross-petition for certification denied. (See 196 *N.J.Super.* 547)